UNITED STATES DISTRICT COURT<br>
for the<br>
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kelvin Andre Dixon, Sr.            Docket No. 5:18-CR-182-1FL

**Petition for Action on Probation**

COMES NOW Melissa K. Lunsmann, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kelvin Andre Dixon, Sr., who, upon an earlier plea of guilty to False Statement and Declaration, in violation of 18 U.S.C. § 152(3), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 13, 2018, to 3 years probation under the conditions adopted by the court.

On August 30, 2019, a Violation Report was submitted advising the court that Dixon submitted to urinalysis that tested positive for marijuana use. He enrolled in substance abuse treatment through PORT Human Services and was permitted by the court to continue under supervision.

On January 24, 2020, a Violation Report was submitted advising the court that Dixon submitted to urinalysis that tested positive for marijuana use. He returned to substance abuse treatment and was permitted by the court to continue under supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 11, 2020, the defendant submitted to urinalysis that was confirmed positive for marijuana use. Dixon was confronted with this result on March 25, 2020, and denied using marijuana, but agreed to comply with sanctions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: (910) 346-5103<br>Executed On: March 26, 2020 |

**Kelvin Andre Dixon, Sr.**
**Docket No. 5:18-CR-182-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __27th__ day of _____March_____, 2020, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge